**Order filed December 1, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00790-CV
_____

## IN RE BAY WATCH DOLPHIN TOURS 1, LLC,

**ORIGINAL PROCEEDING**
**Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0077787-A**

## ORDER

On November 20, 2020, relator Bay Watch Dolphin 1, LLC, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a). By this order, the court gives relator notice that the petition will be dismissed unless an amended petition is filed on or before December 2, by 12:00 noon., that addresses the record issues discussed in *In re Kholaif*, Nos. 14-20-00731-CV & 14-20-00732-CV, 2020 WL

7013339 (Tex. App.—Houston [14th Dist.] Nov. 25, 2020, order) and Texas Rules of Appellate Procedure 52.3(k)(1)(A) and 52.7(a). *Id; see also* Tex. R. App. P. 42.3(c).


PER CURIAM


Panel consists of Justices Bourliot, Zimmerer, and Spain.